

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2019

No. 04-18-00901-CV

Gupreet **KOCHAR**,
Appellant

v.

Mark **WASSERMAN** d/b/a Chik-Fil-A Medical Center FSU,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2017CV02440
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

Appellant's brief in this appeal was due January 10, 2019. Neither the brief nor a motion for extension of time has been filed. We **ORDER** appellant to file, by **January 28, 2019**, the appellant's brief and a written response reasonably explaining appellant's failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we may dismiss this appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(c).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2019.

KEITH E. HOTTLE,
Clerk of Court